# UNITED STATES FIRST CIRCUIT COURT OF APPEALS

**Appeal No.** 23-1734

RICHARD MAXIMUS STRAHAN, *as Citizen Attorney General*

V.

LANDYA MCCAFFERTY, *et al. as Defendants*

**26 December 2023**

_____

APPELLANT'S PETITION TO EXTEND TO 8 JANUARY 2024 FOR THE FILING OF HIS BRIEF AND APPENDIX
_____

Petitioner-Appellant RICHARD MAXIMUS STRAHAN speaks in the vernacular —

I am PETITIONING the Court to extend to 8 January 2024 the deadline for filing my brief and appendix with the Court. I have not ignored past briefing schedule issued by the Court. In reality, the Court is unlawfully ignoring my 2 October 2023 pending motion for it to consolidate the instant appeal with my concurrent appeal in *Strahan v. O'Reilly*, 22-1799. The fact that the Court would dare ignore and not rule on my Motion to Consolidate constitutes a prima facie violation of my First Amendment protected right to Petition the Court.

The Court has determined that I am indigent. I am also petitioning the Court directly without use of an attorney. I need more tine to conduct the necessary legal research to be able to draft and file with the Court a meaningful brief and appendix.

However, I insist that the Court first rule on my pending motion to consolidate my expected claims on appeal with mu appeal in Strahan v. O'Reilly. I

should not be required to burden myself and expend my limited resources time and treasure to have to draft briefs in tow identical appleals with only one will do the job.

      Example I am claiming in both appeals that —

1. The First Amendment's Petition Clause is enforceable directly against shyster-judges overseeing a civil action and the shyster-judges in USDC Strahan v. O'Reilly acted outside their constitutional authority by violating my constitutionally protected right to petition the court when it terminated the underlying action in retaliation for my simply making filings describing the presiding shyster-judge a "shyster" and writing "Go to Hell" in my filing in the underlying action.

2. The First Amendment's Free Speech clause is enforceable against shyster-judges and prohibits them from terminating a civil action in retaliation for the plaintiff exercising his constitutional protected right to criticize the ethics and lack of morality of the presiding shyster-judge in his filings with the underlying court.

3. The First Amendment's Free Speech clause is enforceable against shyster-judges and prohibits a presiding shyster-judge from terminating a civil action in retaliation for the plaintiff in his court filings referring to the presiding shyster-judge as a "shyster" and advising it to "Go to Hell" in response to its issued orders.

4. The Three Appellees shyster-judges acted outside their constitutionally granted authority and violated my First Amendment protected right to petition the underlying court when they terminated my USDC *Strahan v,*

*O'Reilly* civil action for reasons that had nothing to do with my claims against the defendants.

6. The First Amendment's protected right to Petition the courts and for Free Speech was violated by the shyster-judge appellees violated my said constitutional rights by terminating the USDC Strahan v. O'Reilly as punishment for my conduct and obnoxious speech in the Public areas of the USDC NH courthouse outside any of its courtrooms.

7. In consideration of ##1-4, the First Amendment protects my right to prosecute shyster-judges for violating my constitutionally protected rights to petition the court and to criticize presiding shyster-judges in my court filings when the presiding shyster-judge acts outside its constitutional authority to terminate my civil action in retaliation for my critical and obnoxious filings which have nothing to do with my claims against the defendants nor interfere with the court adjudicating those claims.

I claim that the shyster-judge in the underlying action wrongly terminated the proceedings based on a single claim that all judges under all circumstances cannot be sued for crimes against society. The First Amendment's Free Speech clause is enforceable against shyster-judges and The First Amendment's Free Speech clause is enforceable against shyster-judges. There is no immunity from civil prosecution of a shyster-judge if they usurp their constitutional authority and terminate a lawsuit as punish the plaintiff's speech or conduct in the courthouse which is wholly outside adjudicating my claims against the defendants.

Obviously, the Court needs to rule on my claims of existing constitutional rights and violations of these rights before it can properly determine if a shyster-judge can be sued for injunctive and declaratory relief for terminating lawsuits

outside of his constitutional authority and just to punish a plaintiff for making filings that it subjectively took as offensive to it.

## Summary

For the above reasons, I COMMAND the Court to GRANT my requested relief.

BY:  /s/ Richard Maximus Strahan
     _____
     Richard Maximus Strahan

*Vir Rei Publicae Necessarius Est*


I certify that a copy of the above document was served on the Appellees on thgis date by the ECF Filing system.

/s/ Richard Maximus Strahan