# United States Court of Appeals
### For the First Circuit

No. 23-1734

RICHARD MAXIMUS STRAHAN,

Plaintiff - Appellant,

v.

LANDYA B. MCCAFFERTY; ANDREA K. JOHNSTONE; STEVEN J. MCAULIFFE,

Defendants - Appellees.

### ORDER OF COURT

Entered: January 2, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Richard Maximus Strahan to file a brief be enlarged to and including **January 8, 2024**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Seth R. Aframe
Richard Maximus Strahan