# United States Court of Appeals
## For the First Circuit

No. 23-1734

RICHARD MAXIMUS STRAHAN,

Plaintiff - Appellant,

v.

LANDYA B. MCCAFFERTY; ANDREA K. JOHNSTONE; STEVEN J. MCAULIFFE,

Defendants - Appellees.

### ORDER OF COURT

Entered: January 3, 2024

The motion to consolidate Strahan v. McCafferty, et al., Appeal No. 23-1734, with Strahan v. O'Reilly, et al., Appeal No. 22-1799, is denied.

By the Court:

Maria R. Hamilton, Clerk

cc:
Richard Maximus Strahan
Seth R. Aframe