

U.S. Department of Justice

*Jane E. Young*
United States Attorney
District of New Hampshire

Federal Building  (603) 225-1552
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301

January 8, 2024

Maria R. Hamilton, Clerk
U.S. Court of Appeals for the First Circuit
U.S. Courthouse, Suite 2500
One Courthouse Way
Boston, MA 02210

Re: No. 23-1734 – Strahan v. McCafferty

Dear Ms. Hamilton:

The United States District Court dismissed this case on preliminary, pre-service review. Because the district court never issued a summons, the United States Attorney and the federal defendants were not served and did not participate in the proceedings before the district court. Also, the defendants were sued in their personal capacities, and the Department of Justice never authorized this office to represent them.

Because this office did not appear below, and has not been authorized to represent the defendants, it does not intend to participate in the appeal.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

JANE E. YOUNG
United States Attorney

By: /s/ Robert J. Rabuck
Robert J. Rabuck
Assistant U.S. Attorney
Chief, Civil Division

**U.S. Department of Justice**

United States Attorney's Office
*District of New Hampshire*

53 Pleasant Street
Concord, New Hampshire 03301-3904

Official Business
Penalty for Private Use $300



FIRST-CLASS





U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
US POSTAGE
$ 000.63⁰
02 7H
0002123781    JAN 08 2024
MAILED FROM ZIP CODE 03301

Maria R. Hamilton, Clerk
U.S. Court of Appeals for the 1st Circuit
U.S. Courthouse, Suite 2500
Boston, MA  02210

02210$3024 C079