# UNITED STATES FIRST CIRCUIT COURT OF APPEALS

**Appeal No.** . 23-1734

RICHARD MAXIMUS STRAHAN, *as Citizen Attorney General*

v.

LANYA MCCAFFERTY, *et al. as Defendants*

**19 January 2024**

_____

APPELLANT'S PETITION TO EXTEND TO 24 JANUARY 2024 THE
DEADLINE TO FILE BRIEF AND APPENDIX
_____

Petitioner-Appellant RICHARD MAXIMUS STRAHAN speaks —

    I am PETITIONING the Court to extend to 24 January 2024 the deadline for filing my brief/appendix on appeal to the clerk's office. I need more time to do legal research to ensure that my requested response is sufficient and meaningful to justify that the instant appeal should move forward despite the dismissal of the underlying action and any possible appeal of that dismissal.

    The Court has determined that I am indigent. I am also petitioning the Court directly without use of an attorney. I need simply to conduct the necessary legal research to be able to draft and file with the Court a meaningful brief and appendix.

    I have several appeals before the Court all of which are requiring some kind of filing on my part over the next few weeks. I am not an attorney and the Court is mandated by my First Amendment protected right to petition the Court's to take into consideration my personal needs of having to go to work, graduate school and the difficulty doing legal research to provide me more time to respond or make timely filings with the Court.

**19 January 2024 Petition to Extend till 24 January 2024 the deadline for filing my brief/appendix.**

## Summary

For the above reasons, I COMMAND the Court to GRANT my requested relief.

BY: /s/ Richard Maximus Strahan

_____

Richard Maximus Strahan

*Vir Rei Publicae Necessarius Est*

The Appellees in the instant appeal are served a copy of the above filing/document pursuant to the ECF filing system.

/s/ Richard Maximus Strahan