# United States Court of Appeals
## For the First Circuit

No. 23-1734

RICHARD MAXIMUS STRAHAN,

Plaintiff - Appellant,

v.

LANDYA B. MCCAFFERTY; ANDREA K. JOHNSTONE; STEVEN J. MCAULIFFE,

Defendants - Appellees.

**ORDER OF COURT**

Entered: January 31, 2024
Pursuant to 1st Cir. R. 27.0(d)

Appellant is presently in default for failure to file a brief. It is ordered that if a brief is not filed on or before **February 14, 2024**, this case will be dismissed in accordance with 1st Cir. R. 45.0(a) for lack of prosecution.

By the Court:

Maria R. Hamilton, Clerk

cc:
Seth R. Aframe
Richard Maximus Strahan