RICHARD MAXIMUS STRAHAN, *as Citizen Attorney General*

v.

LANYA MCCAFFERTY, *et al. as Defendants*

**14 February 2024**

─────────────────────────────────────────────

APPELLANT'S PETITION TO EXTEND TO 18 MARCH 2024 THE
DEADLINE TO FILE MY BRIEF AND APPENDIX

─────────────────────────────────────────────

Petitioner-Appellant RICHARD MAXIMUS STRAHAN speaks —

    I am PETITIONING the Court to extend to 18 March 2024 the deadline for filing my brief/appendix on appeal to the clerk's office. I have been designated as indigent. Unlike a shyster representing clients, the Court must provide me leeway to pay my bills and perform other quality of experience activities before imposing deadlines on my supplying legal documents to the Court in support of my appeal.

    Last week the Massachusetts Fishermen's Association file a lawsuit with the underlying court against the National Marine Fisheries Service asking that court to enjoin the federal government from restraining its members whale-killing fishing activity off the Massachusetts coast. **FN1** I had no choice but now to seek an intervention in that lawsuit as a plaintiff-intervenor against both NMFS and the MLA to be able to ask that court to enjoin NMFS & the MLA to forever stop their the whale-killing lobsterpot fishery off the Massachusetts coast. This intervention and future discovery will consume all my available resources that I can devote to any kind of litigation.

---

¹ See *Massachusetts Lobstermen's Association v. National Marine Fisheries Service*, 1:24−cv−10332−WGY (Dist. Mass. 2024).

**14 February 2024 Petition to Extend till 18 March 2024 the deadline for filing my brief/appendix.**

I now have several appeals before the Court all of which are requiring some kind of filing on my part over the next few weeks. I am especially concerned that the Court is refusing to adjudicate my appeal in ==**Man Against Xtinction v. Secretary, MA EOE&EA, et al. 22-1225.**== I am using whatever little resources in time and treasure doing my intervention petitioning to motivate the Court to respond to my outstanding petitions before the Court in *M. A. X. v. Secretary, MA EOE&EA, et al*.

## Summary

For the above reasons, I COMMAND the Court to GRANT my requested relief.

BY: /s/ Richard Maximus Strahan

_____
Richard Maximus Strahan

*Vir Rei Publicae Necessarius Est*

The Appellees in the instant appeal are served a copy of the above filing/document pursuant to the ECF filing system.

/s/ Richard Maximus Strahan