# United States Court of Appeals
## For the First Circuit

No. 23-1734

RICHARD MAXIMUS STRAHAN,

Plaintiff - Appellant,

v.

LANDYA B. MCCAFFERTY; ANDREA K. JOHNSTONE; STEVEN J. MCAULIFFE,

Defendants - Appellees.

_____

**ORDER OF COURT**

Entered: February 20, 2024
Pursuant to 1st Cir. R. 27.0(d)

This matter is before the court on Appellant Richard Maximus Strahan's motion for an extension of time to file the opening brief and appendix. The court issued a briefing schedule in this case on September 18, 2023. Since that time, appellant has been defaulted and allowed extensions of time totaling 145 days. Appellant has been warned that no further extensions should be expected. The court looks with extreme disfavor on multiple extension requests and lengthy delays in briefing.

It is ordered that appellant shall file the opening brief on or before **March 18, 2024**. No further extensions of this deadline should be expected.

By the Court:

Maria R. Hamilton, Clerk

cc:
Richard Maximus Strahan
Seth R. Aframe