UNITED STATES FIRST CIRCUIT COURT OF APPEALS

**Appeal No.** 23-1734

RICHARD MAXIMUS STRAHAN, *as Citizen Attorney General*

v.

LANYA MCCAFFERTY, *et al. as Defendants*

**18 March 2024**

───────────────────────────────────────────

APPELLANT'S PETITION TO EXTEND TO 25 MARCH 2024 THE
DEADLINE FOR FILING HIS BRIEF AND APPENDIX

───────────────────────────────────────────

Petitioner-Appellant RICHARD MAXIMUS STRAHAN speaks —

    I am PETITIONING the Court to extend to MONDAY, 25 MARCH 2024 the deadline for filing my brief/appendix on appeal to the clerk's office. In addition to working at a job 45 hours a week I was confronted over the last three weeks with federal matters related to my DIY Life private recovery efforts for the Northern Right Whale that consumed my only available time & treasure that I could use to deal with legal matters in the federal. However, today and through next Monday I will have the time to finish the final version of my brief/appendix and to then file it with the Court.

    Those two above said matters include —

**18 March 2024 Petition to Extend the deadline for filing my brief/appendix.**

I. *My seizing the opportunity to apply by the 20 March 2024 deadline for a $50,000 grant from the National Marine Fisheries Service's National Bycatch Reduction Engineering Program (BREP) - FY2024 to fund R&D work on my Kno-Knot Technical Line.*

My Kno-Knot Technical Line is designed to be substituted for the traditional vertical buoy rope used in lobsterpot gear that routinely catches and kills whales. The Kno-Knot Technical Line is designed to be safe for whales. It is impossible for this line to entangle any marine wildlife including whales and sea turtles. Its widespread adoption by the lobsterpot fishing industry will wend lobsterpot fishing as an anthropogenic threat to the survival of the Right Whale.

The sought for funding will allow me to do the final required engineering work and pay to produce 200 feet of the line to demonstrate that it will not that can be used by lobsterpot fishermen to replace. I needed to pursue this funding opportunity to afford me the possibility of obtaining the necessary funding to be able to make the said no entangle fishing line available in the marketplace by the 2025 fishing season.

II. *Pursuit of an attempt to intervene in the recently completed Massachusetts Lobstermen's Association v. National Marine Fisheries Service, et al. 1:24−cv−10332−WGY (Dist. MA 2024) that was commenced by the plaintiff in late February.*

My attempt to intervene was denied by the Court. But I subsequently filed two *amicus curiae* briefs in that civil action as the *amicus balaenae* (i. e. "Friend of the Whale").

The Court has determined that I am indigent. I am also petitioning the Court directly without use of an attorney. My requested extension is not out of laziness but the burden of competing professional and legal activities that legitimately compete for my limited resources in time and treasure.

The residual problem in the instant appeal is that the Appellees are three federal judges that have no expectation of filing any appellee briefs that they write by themselves or by any attorney that is representing them on appeal. In fact, the DOJ has filed notice with the Court that it is declining to represent the Appellees in any capacity.

The current situation is that for all appearances the Court will be acting as the Appellees legal counsel and in doing so will not file any brief in the instant appeal. It is expected it will just dismiss the instant appeal without explanation and without affording me my due process right to reply to any brief filed by the Appellees.

It is obvious they are now improperly relying on the Court to act as their counsel of record.

That is wrong.

**Summary**

For the above reasons, I COMMAND the Court to GRANT my requested relief.

BY: /s/ Richard Maximus Strahan

_____

Richard Maximus Strahan

*Vir Rei Publicae Necessarius Est*

The Appellees in the instant appeal are served a copy of the above filing/document pursuant to the ECF filing system.

/s/ Richard Maximus Strahan