UNITED STATES FIRST CIRCUIT COURT OF APPEALS

Appeal No. 23-1734

RICHARD MAXIMUS STRAHAN, *as Citizen Attorney General*

v.

LANYA MCCAFFERTY, *et al. as Defendants*

**18 March 2024**

_____

APPELLANT'S PETITION FOR COURT TO REQUIRE THAT APPELLEE SHYSTER-JUDGES FILE A REPLY BRIEF
_____

Petitioner-Appellant RICHARD MAXIMUS STRAHAN speaks —

    I am PETITIONING the Court to require that the three shyster-judge Appellees file a reply brief. Since the Department of Justice has notified the Court that it will not represent the Appellees on appeal, there is a necessity in the interest of justice that the Court require that the Appellees do in fact file a reply brief. It is impermissible for the Court to give the appearance that it is representing the Shyster-Judge Appellees on appeal. Which will exactly be the case if no reply brief is filed by them.

    While it is the practice of the Court to allow Appellees not to file a brief and to then just review the lower court decision on its own, that is not an appropriate option when the underlying action is a prosecution of USDC district judges. In this case the Appellees will deliberately not file a brief to trigger the Court to assume the role of the Appellees legal counsel. The Court cannot but create that unlawful appearance if it does not grant the relief sought by the instant petition.

In the underlying action, I brought a claim against three shyster-judges who as a permanent policy are going in the future to strike my filings in any case, I bring in the NH district court and that they are presiding over if they claim that my filings in the court contains text that they subjectively find offensive. They also are willing to ban my direct access to the clerk's office any time an anonymous employee claims that I was too critical of their conduct or otherwise claims that my language to them was offensive.

There is no absolute immunity available to them since I brought claims against them of violating my constitution rights to Free Speech, due process, and the right to petition the courts. The Court is required to recuse itself from oversight of the instant action since the panel is fellow employees and colleagues of the Appellees.

It is obvious they are now improperly relying on the Court to act as their counsel of record.

That is wrong.

## Summary

For the above reasons, I COMMAND the Court to GRANT my requested relief.

BY: /s/ Richard Maximus Strahan

_____

Richard Maximus Strahan

*Vir Rei Publicae Necessarius Est*

The Appellees in the instant appeal are served a copy of the above filing/document pursuant to the ECF filing system.

/s/ Richard Maximus Strahan