# United States Court of Appeals
## For the First Circuit

No. 23-1734

RICHARD MAXIMUS STRAHAN,

Plaintiff - Appellant,

v.

LANDYA B. MCCAFFERTY; ANDREA K. JOHNSTONE; STEVEN J. MCAULIFFE,

Defendants - Appellees.

**ORDER OF COURT**

Entered: March 20, 2024
Pursuant to 1st Cir. R. 27.0(d)

Appellant Rodney Russell has filed a fifth motion for an extension of time to file the opening brief and appendix. When granting appellant's most recent extension request, the court advised him that no further extensions should be sought absent extraordinary circumstances.

The court looks with extreme disfavor on multiple extension requests and lengthy delays in briefing. Accordingly, Appellant shall file the opening brief and appendix on or before **March 28, 2024**. No further extension of this deadline shall be granted absent grave cause shown.

By the Court:

Maria R. Hamilton, Clerk

cc:
Richard Maximus Strahan
Seth R. Aframe