# United States Court of Appeals
### For the First Circuit

_____

No. 23-1734

RICHARD MAXIMUS STRAHAN,

Plaintiff - Appellant,

v.

LANDYA B. MCCAFFERTY; ANDREA K. JOHNSTONE; STEVEN J. MCAULIFFE,

Defendants - Appellees.

_____

**SECOND CORRECTED ORDER OF COURT**[*]

Entered: April 3, 2024
Pursuant to 1st Cir. R. 27.0(d)

     Appellant **Richard Maximus Strahan** has filed a fifth motion for an extension of time to file the opening brief and appendix. When granting appellant's most recent extension request, the court advised him that no further extensions should be sought absent extraordinary circumstances.

The court looks with extreme disfavor on multiple extension requests and lengthy delays in briefing. Accordingly, Appellant shall file the opening brief on or before **April 17, 2024**. An appendix is not required to be filed as appellant is proceeding pro se. No further extension of this deadline shall be granted absent grave cause shown.

                                            By the Court:

                                            Maria R. Hamilton, Clerk

cc:
Richard Maximus Strahan
Seth R. Aframe

---

[*]Second corrected order entered to amend the deadline for appellant to file his opening brief and appendix.