UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| RICHARD MAXIMUS STRAHAN | ) |
| | ) |
| v. | )  CA 23-1734 |
| | ) |
| LANDYA MCCAFFERTY, et al. | ) |

## MOTION TO WITHDRAW APPEARANCE

Please enter my withdrawal as counsel for the United States of America in the above-entitled matter.

                                        Respectfully submitted,

Dated: May 24, 2024                   JANE E. YOUNG
                                            United States Attorney

                            By:    /s/ Seth R. Aframe
                                    Seth R. Aframe
                                    Assistant U.S. Attorney
                                    NH Bar 277640
                                    53 Pleasant Street
                                    Concord, NH 03301-3904