# United States Court of Appeals
## For the First Circuit

No. 23-1734

RICHARD MAXIMUS STRAHAN,

Plaintiff - Appellant,

v.

LANDYA B. MCCAFFERTY; ANDREA K. JOHNSTONE; STEVEN J. MCAULIFFE,

Defendants - Appellees.

**ORDER**

Entered: May 24, 2024
Pursuant to 1st Cir. R. 27.0(d)

    Attorney Seth R. Aframe has filed a motion to withdraw as counsel of record for Appellees Landya B. McCafferty, Steven J. McAuliffe and Andrea K. Johnstone. Upon consideration, the motion is allowed. Appellees will continue to be represented by their remaining counsel of record, attorney David M. Lieberman.

By the Court:

Maria R. Hamilton, Clerk

cc:
Richard Maximus Strahan
Seth R. Aframe
David M. Lieberman