# United States Court of Appeals
### For the First Circuit

No. 23-1734

RICHARD MAXIMUS STRAHAN,

Plaintiff - Appellant,

v.

LANDYA B. MCCAFFERTY; ANDREA K. JOHNSTONE; STEVEN J. MCAULIFFE,

Defendants - Appellees.

**ORDER OF COURT**

Entered: May 29, 2024
Pursuant to 1st Cir. R. 27.0(d)

Appellees Landya B. McCafferty, Steven J. McAuliffe and Andrea K. Johnstone failed to file a brief and therefore will not be heard at oral argument except by permission of the court. See Fed. R. App. P. 31(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
David M. Lieberman
Richard Maximus Strahan