# United States Court of Appeals
## For the First Circuit

No. 23-1734

RICHARD MAXIMUS STRAHAN,

Plaintiff - Appellant,

v.

LANDYA B. MCCAFFERTY; ANDREA K. JOHNSTONE; STEVEN J. MCAULIFFE,

Defendants - Appellees.

**NOTICE**

Issued: June 28, 2024

    This is to advise you, pursuant to Fed. R. App. P. 34(b), that this case will be submitted on the briefs without oral argument.

                              Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210


cc:
David M. Lieberman
Richard Maximus Strahan