# United States Court of Appeals
## For the First Circuit

_____

No. 23-1734

RICHARD MAXIMUS STRAHAN,

Plaintiff - Appellant,

v.

LANDYA B. MCCAFFERTY; ANDREA K. JOHNSTONE; STEVEN J. MCAULIFFE,

Defendants - Appellees.

_____

Before

Barron, <u>Chief Judge</u>,
Kayatta and Montecalvo, <u>Circuit Judges</u>.

_____

**JUDGMENT**

Entered: October 6, 2025

      Plaintiff Richard Maximus Strahan appeals from the dismissal of his complaint against three federal judges arising from his dissatisfaction with their decisions in a prior action. Having carefully reviewed plaintiff's submissions and the record, we affirm essentially for the reasons stated by the district court.

      The judgment of the district court is affirmed. All pending motions are denied. <u>See</u> 1st Cir. R. 27.0(c).

      By the Court:

      Anastasia Dubrovsky, Clerk

cc:
Richard Maximus Strahan
David M. Lieberman