UNITED STATES FIRST CIRCUIT COURT OF APPEALS

**Appeal No.** 23-1734

RICHARD MAXIMUS STRAHAN, *as Citizen Attorney General*

v.

LANYA MCCAFFERTY, *et al. as Defendants*

**5 October 2025**

_____

NOTICE OF INTENT TO PROSECUTE FIRST CIRCUIT SHYSTER-JUDGES FOR VIOLATING MY CONSTITUTIONAL RIGHT TO PETITION COURTS
_____

Petitioner-Appellant RICHARD MAXIMUS STRAHAN speaks —

# "GO TO HELL SHYSTER-JUDGES BARRON, KAYETTE & MONTECALVO"

    I prosecuted three USDC NH District Court judges in the underlying action for summarily dismissing my earlier lawsuit against state actors who maliciously threatened me with unlawful arrest to intimidate and coerce me from riding on public bus transportation. They threatened to arrest me for trespassing on a bus if I attempted to ride on the transit systems busses. The stated reason my lawsuit was dismissed was simply as punishment for making document filings with that court that openly criticized the presiding shyster-judges as criminals and "shysters.' This dismissal was not just unlawful it was a criminal act. Those USDC shyster-judge appellees violated my First Amendment right to petition the courts. They claimed in making the said dismissal, that courts could dismiss self-represented citizens lawsuits if they simply criticized the prevailing judge in paper filings with a court.

    The underlying court shyster-judge just repeated the same violation of my constitutional right to petition the court and free speech to criticize shyster-judges by summarily terminating the underlying action and ruling that shyster-judges can toss out any lawsuit if the self-representing plaintiff criticizes a shyster-judge.

NO, YOU CANNOT. It is the core founding principle of this Nation that citizens can openly criticize government employees and in the most obnoxious manner if they choose to do it that way. No stupid shyster is exempted from this reality.

In tossing out my appeal without addressing my constitutional claims you judicial bastards just doubled down on the bigotry of federal court shyster-judges towards any plaintiff that chooses to represent itself.

My brief to this Court clearly and elegantly raised the claim that the First Amendment protect my right to file documents in my lawsuits that refer to the shyster-judge defendants in my underlying action "shysters" and to otherwise refer this them as criminals and "pigs."

Despite my raising constitutional claims in my appeal, these above shyster scum maliciously refused to address my constitutional claims in any manner. These shyster-judge appellees already just poured "salt in my wounds" that they already inflicted on me by not even filing a reply brief. This is because the institutional bigotry of the First Circuit against self-representing appellants is so well known and guaranteed, that these shyster-appellees were convinced that the above-named shyster-pigs would just throw the case out the courthouse door. Which they did.

That is exactly what you shyster-scum did. You were constitutionally obligated to address my constitutional claims. You refused by just issuing the following lame-ass bullshit opinion —

> "Plaintiff Richard Maximus Strahan appeals from the dismissal of his complaint against three federal judges arising from his dissatisfaction with their decisions in a prior action. Having carefully reviewed plaintiff's submissions and the record, we affirm essentially for the reasons stated by the district court.

How dismissive. I was merely "dissatisfied" with having my meritorious lawsuit tossed out? No. I am outraged by the institutional violence of the federal court shyster-judges. My meritorious lawsuit in the USDC New Hampshire Court was dismissed just because I pissed off a senile shyster by referring to him as a shyster. Then his gang member buddy in Rhode Island dismisses my lawsuit against the NH shyster and the two other shyster-judge appellees by announcing that I am categorically prohibited to make any criticism of a judge or to call him a shyster in a court filing.

So, by default your ruling is: "No one can insult a judge." WRONG.

You are criminals and you should be impeached you NAZI SHYSTERS. How do you like those apples?

The Constitution requires you give me due process also. You are supposed to rule directly on my claims that I can call any judge a "shyster" without fear of retaliation for doing. But you maliciously ignored your mandatory constitutional duty and created the malicious impression to all self-representing appellants that they must accept the bigotry against them by senile federal shyster-judges or have their meritorious lawsuits summarily tossed out of the courthouse door.

**Summary**

THE REVOLUTION IS HERE! FIGHT THE PIG SHYSTER-JUDGES.

TAKE BACK CONTROL OF JUSTICE!

NO MORE LAWYERS! NO MORE SHYSTER-JUDGES!

DEFUND THE FEDERAL COURTS!

BY: /s/ Richard Maximus Strahan

_____

Richard Maximus Strahan

*Vir Rei Publicae Necessarius Est*

The Shyster-Judge Appellees in the instant appeal are served a copy of the above filing/document pursuant to the ECF filing system. THEY CAN GO FUCK THEMSELVES ALSO.

/s/ Richard Maximus Strahan[1]

---

[1]